# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 4,401.—STATE EX REL. FRANK CONLEY, RELATOR, v. DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control to the District Court of the Third Judicial District, and George B. Winston, Judge thereof.

Decided April 19, 1919.

PER CURIAM.—Application for writ of supervisory control herein was this day, after due consideration by the court, denied.

*Mr. S. C. Ford,* Attorney General, and *Mr. Frank Woody,* Assistant Attorney General, for Relator.